An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUDY RICHARDSON,
                    Appellant,
          vs.
SMITH'S FOOD & DRUG CENTERS, INC.,
                    Respondent.

No. 65208

**FILED**

JUN 15 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On April 20, 2015, this court entered an order directing appellant to properly serve the civil proper person appeal statement on respondent and to file in this court a properly completed certificate of service. *See* NRAP 25(d). In so doing, we cautioned appellant that failure to comply with this directive would result in dismissal of this appeal. The certificate of service was due in this court on May 5, 2015. To date, appellant has failed to comply with our order or otherwise communicate with this court. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:  Hon. Rob Bare, District Judge
     Judy Richardson
     Cooper Levenson, P.A.
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-18218